THE STATE OF OHIO, APPELLEE, *v*. VASQUEZ, APPELLANT.

**[Cite as *State v. Vasquez*, 104 Ohio St.3d 507, 2004-Ohio-7016.]**

*Criminal procedure — Assessment of court costs against convicted indigent felon permissible — Court of appeals' judgment affirmed on the authority of State v. White.*

(No. 2004-1456 — Submitted December 14, 2004 — Decided December 29, 2004.)

APPEAL from the Court of Appeals for Franklin County, No. 03AP-460, 2004-Ohio-3880.

_____

{¶ 1}  The discretionary appeal is accepted on Proposition of Law No. 5.

{¶ 2}  The judgment of the court of appeals is affirmed on the authority of *State v. White*, 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

F.E. SWEENEY, J., dissents.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Laura M. Rayce, Assistant Prosecuting Attorney, for appellee.

Yeura R. Venters, Franklin County Public Defender, and David L. Strait, Assistant Public Defender, for appellant.

_____